No. 851. STRAZZULA v. BUILDING INSPECTOR OF WELLESLEY ET AL. Appeal from Sup. Jud. Ct. Mass. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.